IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **DEBRA M. P.** | : CASE NO. 3:19cv028 |
| Plaintiff, | : JUDGE WALTER H. RICE |
| v. | : |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | : |
| | : |
| Defendants. | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE THAT PLAINTIFF WAS NOT DISABLED AND, THEREFORE, NOT ENTITLED TO BENEFITS UNDER THE SOCIAL SECURITY ACT; JUDGMENT TO ENTER IN FAVOR OF DEFNDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY**

---

On December 5, 2024, the Magistrate Judge filed Report and Recommendations, finding that Plaintiff was not disabled and, therefore, not entitled to benefits. Although given to December 19, 2024, to file objections to said Report and Recommendations, Plaintiff has filed none.

Based upon the reasoning and citations of authority set forth in the Magistrate Judge's Report and Recommendations, as well as upon a thorough review of the entire file and the applicable law, this Court finds the Plaintiff's Statement of Errors to be not well taken and same is, therefore, overruled in its entirety. The Commissioner's decision that Plaintiff was not disabled and, accordingly, not entitled to benefits under the Social Security Act, is AFFIRMED.

Judgment is ordered to be entered in favor of Defendant and against Plaintiff herein, thus, finding Plaintiff not disabled and, therefore, not entitled to benefits under the Social Security Act during the relevant time period.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**IT IS SO ORDERED.**

Date: 4-25-25

*Walter H. Rice*
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT